UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CRAIG REID,

    Petitioner,

  v.

MICHELLE RICCI, et al.,

    Respondents.

Civil No. 07-3815 (SDW)

**O R D E R**

(CLOSED)

  For the reasons set forth in the Court's Opinion filed herewith,

  It is on this 31st day of July, 2008,

  ORDERED that the application for a writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and it is further

  ORDERED that a certificate of appealability will not issue because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

           S/SUSAN D. WIGENTON
           United States District Judge